UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO: 3:06-cr-145-J-25MCR

DANILO GALEAS-MORALES

## ORDER

This cause came on to be heard on May 4, 2006, for the scheduled preliminary hearing at which counsel for the defendant announced the defendant's desire to waive indictment. Defendant was advised of the charge and maximum penalties therefor and of his rights concerning waiver of indictment. The defendant executed a Waiver of Indictment in open Court. The Court finds the defendant knowingly, intentionally, voluntarily and freely waived his right to require the United States to present this case to a Federal Grand Jury and consented to prosecution by information.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of May, 2006.

HOWARD T. SNYDER
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (Gallagher/Brown)
Federal Public Defender (Bailey)